**LAW OFFICES OF TODD M. FRIEDMAN, P.C.**

**Todd M. Friedman** (SBN 216752)
tfriedman@toddflaw.com
**Adrian R. Bacon** (SBN 280332)
abacon@toddflaw.com
21550 Oxnard St., Suite 780
Woodland Hills, CA 91367
Phone: 323-306-4234
Fax: 866-633-0228

Attorneys for Plaintiff
Melissa Meyer

**YU | MOHANDESI LLP**

**Brett B. Goodman** (SBN 260899)
213.375.3543 | bgoodman@yumollp.com
**Tamar G. Ellyin** (SBN 266860)
213.277.5571| tellyin@yumollp.com
633 West Fifth Street, Suite 2800
Los Angeles, CA 90071
213.377.5501 Facsimile

Attorneys for Defendant
OneMain Financial Group, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELISSA MEYER,<br><br>            Plaintiff,<br><br>      vs.<br><br>ONEMAIN FINANCIAL GROUP, LLC<br><br>            Defendant. | Case No.: 2:20-cv-07142-GW-AS<br><br>**STIPULATION FOR BINDING ARBITRATION** |

1
STIPULATION

Plaintiff MELISSA MEYER ("Plaintiff") and Defendant ONEMAIN FINANCIAL GROUP, LLC ("Defendant"), through their counsel of record, hereby stipulate as follows:

1. On July 8, 2020, Plaintiff filed a Complaint in the Superior Court of California for the County of Los Angeles against Defendant, Case No. 20STLC05722. On August 7, 2020, Defendant removed the Complaint to the United States District Court for the Central District of California and was assigned Case No. 2:20-cv-07142-GW-AS.

2. The Complaint asserts two causes of action against Defendant: (1) violation of the Rosenthal Fair Debt Collection Practices Act, Cal. Civ. Code § 1788 *et seq.* and (2) violation of the Telephone Consumer Protection Act, 47 U.S.C. § 227, *et seq.* ("TCPA").

3. Plaintiff and Defendant previously entered into a valid agreement ("Arbitration Agreement") to arbitrate all disputes. Pursuant to the Arbitration Agreement, the parties have stipulated to arbitrate this dispute through the American Arbitration Association ("AAA").

4. The parties also stipulate to stay the action in its entirety pending completion of the arbitration.

**IT IS SO STIPULATED.**

///
///
///
///
///
///
///
///

| | | |
|---|---|---|
| 1 | Dated: September 9, 2020 | **LAW OFFICES OF TODD M. FRIEDMAN, P.C.** |
| 2 | | |
| 3 | | By:   /s/ Adrian R. Bacon |
| 4 | |        Adrian R. Bacon |
| 5 | |        Attorney for Plaintiff |
|   | |        Melissa Meyer |
| 9 | Dated: September 9, 2020 | **YU | MOHANDESI LLP** |
| 11 | | By:  /s/ Tamar G. Ellyin |
| 12 | |        Brett B. Goodman |
| 13 | |        Tamar G. Ellyin |
|   | |        Attorneys for Defendant |
|   | |        OneMain Financial Group, LLC |

YU | MOHANDESI LLP
633 West Fifth Street, Suite 2800
Los Angeles, CA 90071

1  I, Tamar G. Ellyin, am the ECF user whose ID and password are being used to
2  file this Stipulation for Binding Arbitration. I hereby attest that Adrian R. Bacon has
3  concurred in this filing.

5  Dated: September 9, 2020    By:   /s/ Tamar G. Ellyin
6                                    Tamar G. Ellyin

YU | MOHANDESI LLP
633 West Fifth Street, Suite 2800
Los Angeles, CA 90071

1
STIPULATION

# CERTIFICATE OF SERVICE

I certify that on September 9, 2020, a copy of the foregoing was filed and served electronically in the ECF system.  Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system as described below.  Parties may access this filing through the Court's system.

Todd M. Friedman<br>
Adrian R. Bacon<br>
Law Offices of Todd M. Friedman, P.C.<br>
21550 Oxnard St., Suite 780<br>
Woodland Hills, CA 91367<br>
tfriedman@toddflaw.com<br>
abacon@toddflaw.com<br>
*Counsel for Plaintiff*

DATED:  September 9, 2020

By: /s/ Tamar G. Ellyin
     Tamar G. Ellyin