UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| MELISSA MEYER, | Case No.: CV 20-7142-GW-ASx |
|---|---|
| Plaintiff, | |
| vs. | **ORDER GRANTING STIPULATION FOR BINDING ARBITRATION** |
| ONEMAIN FINANCIAL GROUP, LLC | |
| Defendant. | |

Having reviewed the Stipulation for Binding Arbitration of Plaintiff MELISSA MEYER and Defendant ONEMAIN FINANCIAL GROUP, LLC, and GOOD CAUSE APPEARING,

IT IS HEREBY ORDERED THAT:

The Stipulation is granted and this matter shall be referred to binding arbitration through the American Arbitration Association ("AAA").

The Court further orders that the action is stayed pending completion of arbitration.

The Court sets a status conference for February 1, 2021 at 8:30 a.m. and the parties shall file a joint status report by January 21, 2021.

IT IS SO ORDERED.

Dated: September 10, 2020

_____
HON. GEORGE H. WU,
U.S. DISTRICT JUDGE

# CERTIFICATE OF SERVICE

I certify that on September 9, 2020, a copy of the foregoing was filed and served electronically in the ECF system.  Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system as described below.  Parties may access this filing through the Court's system.

Todd M. Friedman<br>
Adrian R. Bacon<br>
Law Offices of Todd M. Friedman, P.C.<br>
21550 Oxnard St., Suite 780<br>
Woodland Hills, CA 91367<br>
tfriedman@toddflaw.com<br>
abacon@toddflaw.com<br>
*Counsel for Plaintiff*

DATED:  September 11, 2020

By: /s/ Tamar G. Ellyin
       Tamar G. Ellyin

CERTIFICATE OF SERVICE