**LAW OFFICES OF TODD M. FRIEDMAN, P.C.**

**Todd M. Friedman** (SBN 216752)
tfriedman@toddflaw.com
**Adrian R. Bacon** (SBN 280332)
abacon@toddflaw.com
21550 Oxnard St., Suite 780
Woodland Hills, CA 91367
Phone: 323-306-4234
Fax: 866-633-0228

Attorneys for Plaintiff
Melissa Meyer


**YU | MOHANDESI LLP**

**Jordan S. Yu** (SBN 227341)
213.377.5502| jyu@yumollp.com
**Tamar G. Ellyin** (SBN 266860)
213.277.5571| tellyin@yumollp.com
633 West Fifth Street, Suite 2800
Los Angeles, CA 90071
213.377.5501 Facsimile

Attorneys for Defendant
OneMain Financial Group, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELISSA MEYER,<br><br>                    Plaintiff,<br><br>     vs.<br><br>ONEMAIN FINANCIAL GROUP, LLC<br><br>                    Defendant. | Case No.: 2:20-cv-07142-GW-AS<br><br>**STIPULATED REQUEST FOR DISMISSAL WITH PREJUDICE OF DEFENDANT ONEMAIN FINANCIAL GROUP, LLC** |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

**IT IS HEREBY STIPULATED** by and between Plaintiff MELISSA MEYER ("Plaintiff") and Defendant ONEMAIN FINANCIAL GROUP, LLC ("Defendant"), that Defendant be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), and that each party shall bear its own attorneys' fees and costs.

**IT IS SO STIPULATED.**

Dated: January 29, 2021          **LAW OFFICES OF TODD M. FRIEDMAN, P.C.**

                                               By: _/s/ Adrian R. Bacon_
                                                            Adrian R. Bacon
                                                            Attorney for Plaintiff
                                                            Melissa Meyer

Dated: January 29, 2021          **YU | MOHANDESI LLP**

                                               By: _/s/ Tamar G. Ellyin_
                                                            Tamar G. Ellyin
                                                            Attorneys for Defendant
                                                            OneMain Financial Group, LLC

**ATTESTATION RE: SIGNATURES [L.R. 5-4.3.4(a)(2)(i)]**

I, Tamar G. Ellyin, am the ECF user whose ID and password are being used to file this Stipulated Request For Dismissal With Prejudice Of Defendant OneMain Financial Group, LLC. I hereby attest that Adrian R. Bacon has concurred in this filing.

Dated: January 29, 2021              /s/ *Tamar G. Ellyin*
                                     Tamar G. Ellyin

# CERTIFICATE OF SERVICE

I certify that on January 29, 2021, a copy of the foregoing was filed and served electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system as described below. Parties may access this filing through the Court's system.

DATED: January 29, 2021

YU MOHANDESI LLP

By: */s/ Tamar G. Ellyin*
Tamar G. Ellyin
Attorneys for Defendant
OneMain Financial Group, LLC