JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELISSA MEYER,<br><br>              Plaintiff,<br><br>vs.<br><br><br>ONEMAIN FINANCIAL GROUP, LLC<br><br>              Defendant. | Case No.: CV 20-7142-GW-ASx<br><br>**ORDER GRANTING STIPULATED REQUEST FOR DISMISSAL WITH PREJUDICE OF DEFENDANT ONEMAIN FINANCIAL GROUP, LLC** |

YU | MOHANDESI LLP
633 West Fifth Street, Suite 2800
Los Angeles, CA 90071

Pursuant to the stipulation of the Plaintiff MELISSA MEYER ("Plaintiff") and Defendant ONEMAIN FINANCIAL GROUP, LLC ("Defendant"), Defendant is dismissed with prejudice and each party shall bear its own attorneys' fees and costs.

IT IS SO ORDERED.

DATED: January 29, 2021

HON. GEORGE H. WU
UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

I certify that on January 29, 2021, a copy of the foregoing was filed and served electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system as described below. Parties may access this filing through the Court's system.

DATED: January 29, 2021

        YU MOHANDESI LLP

        By: /s/ Tamar G. Ellyin
            Tamar G. Ellyin
            Attorneys for Defendant
            OneMain Financial Group, LLC